IN THE MATTER OF —————————— AN ATTORNEY AND COUNSELOR-AT-LAW.

*Attorney — professional misconduct — disqualified from practicing.*

RESPONDENT appeared in this matter, in answer to an order to show cause why his name should not be stricken from the rolls, and he be disqualified from practicing his profession, or otherwise punished for professional misconduct. The court, after an examination of the evidence, concluded, in view of the respondent's positive denials and explanations, that it was not sufficient to justify the respondent's degradation and punishment; that the proceeding was penal, and should be sustained by evidence free from serious doubt.

Opinion by DANIELS, J.

DAVIS, P. J., and DONOHUE, J., concurred.

Motion denied.